IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TOM BROWN,

    Plaintiff,

v.                                                      Civ. No. 08cv751 BB/RLP

WEXFORD HEALTH RESOURCES, INC. and
MANUEL TAN, M.D.,

    Defendants.

## ORDER

THIS MATTER comes before the Court on Plaintiff's objections to the Magistrate Judge's Report and Recommendation, and the Court having conducted a *de novo* review of the record, finds that the objections are not well-taken and further finds that the Magistrate Judge's Report and Recommendation shall be adopted by the Court.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Magistrate Judge's Report and Recommendation is adopted by the Court and this case is dismissed with prejudice.

IT IS SO ORDERED.

                                                          Bruce D. Black
                                                         United States District Judge